■

172 So.2d 293

STATE of Louisiana

v.

Doyle H. WILSON, Katie Wade,
Jack L. Bogan.

No. 47650.

March 12, 1965.

In re: Doyle H. Wilson, Katie Wade and Jack L. Bogan applying for writ of certiorari and review.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

■

172 So.2d 294

Mrs. Joy CUCULLU, widow of Stanley RAYMOND, and Elsa Barbara Ackermann,

v.

COLUMBIA CASUALTY COMPANY et al.
COLUMBIA CASUALTY COMPANY,
etc., et al.

v.

IMPERIAL CASUALTY AND INDEMNITY
COMPANY et al.

No. 47657.

March 12, 1965.

In re: Columbia Casualty Company applying for writs of certiorari, mandamus, prohibition or review.

The application is denied. The judgment complained of is correct.

■

172 So.2d 294

Caren FONTENOT

v.

GRAIN DEALERS MUTUAL INSURANCE
COMPANY et al.

No. 47658.

March 12, 1965.

In re: Caren Fontenot applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 170 So.2d 513.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

■

172 So.2d 294

Caren FONTENOT

v.

GRAIN DEALERS MUTUAL INSURANCE
COMPANY et al.

No. 47659.

March 12, 1965.

In re: The Fidelity and Casualty Company of New York applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 170 So.2d 513.